|  |  |
|---|---|
| GE CORPORATE R&D, d/b/a GENERAL ELECTRIC COMPANY,<br><br>        Defendant. | |
| INACOM CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>GE SUPPLY, d/b/a GENERAL ELECTRIC COMPANY,<br><br>        Defendant. | C.A. No. 04-613 (GMS) |
| INACOM CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>GE ELECTRICAL DISTRIBUTION AND CONTROL, d/b/a GENERAL ELECTRIC COMPANY,<br><br>        Defendant. | C.A. No. 04-614 (GMS) |

## ORDER

IT IS HEREBY ORDERED that in response Inacom Corporation's ("Inacom") Notice and Request for a Status Conference in the above-captioned cases, the court will hold a status telephone conference on **Thursday, October 13, 2005, at 10:00 a.m.** Counsel for Inacom is directed to initiate the telephone conference call to chambers at (302) 573-6470.

Dated: October 5 , 2005



UNITED STATES DISTRICT JUDGE

FILED
OCT 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| INACOM CORPORATION, *et al.*, | ) | Lead Case No. 00-02426 (PJW) |
| | ) | Jointly Administered |
|     Debtors. | ) | |
| | ) | |
| INACOM CORPORATION, | ) | |
| | ) | |
|     Plaintiff, | ) | C.A. No. 04-607 (GMS) |
| v. | ) | |
| | ) | |
| GE POWER SYSTEMS, d/b/a GENERAL ELECTRIC COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| INACOM CORPORATION, | ) | |
| | ) | |
|     Plaintiff, | ) | C.A. No. 04-608 (GMS) |
| v. | ) | |
| | ) | |
| GE INDUSTRIAL SYSTEMS, d/b/a/ GENERAL ELECTRIC COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| INACOM CORPORATION, | ) | |
| | ) | |
|     Plaintiff, | ) | C.A. No. 04-609 (GMS) |
| v. | ) | |
| | ) | |
| GE LIGHTING, d/b/a/ GENERAL ELECTRIC COMPANY | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| INACOM CORPORATION, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | C.A. No. 04-611 (GMS) |
| v. | ) | |